CHRIS BAKER, State Bar No. 181557
cbaker@bakerlp.com
DEBORAH SCHWARTZ, State Bar No. 208934
dschwartz@bakerlp.com
BAKER DOLINKO & SCHWARTZ, P.C.
220 Montgomery Street, Suite 1094
San Francisco, CA 94104
Telephone: (415) 433-1064
Fax: (415) 422-9966

Attorneys for Plaintiff
ANDREA HULL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREA HULL, an individual,<br><br>              Plaintiff,<br><br>      v.<br><br>EPIC SYSTEMS CORPORATION, a Wisconsin corporation; BOOST, INC., a Wisconsin corporation,<br><br>              Defendants. | Case No. 3:26-cv-07702<br><br>**CERTIFICATION CONFLICTS, INTERESTED ENTITIES AND PERSONS, AND CITIZENSHIP BY PLAINTIFF ANDREA HULL**<br><br>Civil Local Rule 3-15 |

TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

CALIFORNIA:

       Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no

conflict or interest (other than the named parties) to report and there is no individual or entity

whose citizenship is attributed to the party submitting this certification.

                          BAKER DOLINKO & SCHWARTZ, P.C.

  Dated:  July 27, 2026


                    By:   --------------------S----------------------------
                              Chris Baker
                              Attorneys for Plaintiff
                              ANDREA HULL


CERTIFICATION OF INTERESTED ENTITIES OR PERSONS BY PLAINTIFF