CHRIS BAKER, State Bar No. 181557
cbaker@bakerlp.com
DEBORAH SCHWARTZ, State Bar No. 208934
dschwartz@bakerlp.com
BAKER DOLINKO & SCHWARTZ, P.C.
220 Montgomery Street, Suite 1094
San Francisco, CA 94104
Telephone: (415) 810-9486

Attorneys for Plaintiff
ANDREA HULL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA HULL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>EPIC SYSTEMS CORPORATION, a Wisconsin corporation; BOOST, INC., a Wisconsin corporation,<br><br>Defendants. | Case No. 4:26-cv-07702-AMO<br><br>**SUPPLEMENTAL CERTIFICATION OF CONFLICTS, INTERESTED ENTITIES AND PERSONS, AND CITIZENSHIP BY PLAINTIFF ANDREA HULL**<br><br>Civil L.R. 3-15(a)(3)<br>Judge: Hon. Araceli Martínez-Olguín |

TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:

Plaintiff Andrea Hull submits this supplemental certification under Civil L.R. 3-15(a)(3). Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, plaintiff is not aware of any conflict, financial or otherwise, that the presiding judge may have with the parties to the litigation.

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Veeva Systems Inc. ("Veeva") is a public benefit company whose purposes include the removal of competitive barriers from the life sciences industry and advocacy for the elimination of employment restraints as a condition of employment. Veeva pays a portion of plaintiff's counsel's fees and costs in this action, subject to reimbursement from any award of attorneys' fees and costs. Veeva takes no share of any recovery by plaintiff or any other person, and it has no right to direct, control, or settle this action. Veeva is separately in a dispute with defendant Epic Systems Corporation concerning Epic's employee restrictive covenants, and its interests could be affected by the outcome of this proceeding.

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no individual or entity whose citizenship is attributed to the party submitting this certification.

Dated: October 3, 2026

BAKER DOLINKO & SCHWARTZ, P.C.

By: ---------------------S---------------------------
Chris Baker
Attorneys for Plaintiff
ANDREA HULL