# EXHIBIT 4

# UserWeb Terms of Use

Last Updated: July 14, 2025

## Overview

The UserWeb is a virtual home where the Epic community can share information and ideas across organizational borders. Through the UserWeb, Epic makes available free tools and resources that are provided "as-is." The UserWeb also serves as a hub that links to other Epic-created resources, such as: Galaxy, Nova, Sherlock, WeLearning, ideas.epic.com, the Data Handbook, the Community Library, Vendor Services Developer Forums, the Nebula Portal, and others (“UserWeb-Connected Sites”). Your use of the UserWeb and UserWeb-Connected Sites is subject to this Terms of Use (“TOU”) and the UserWeb Privacy Policy, which may be updated periodically. **Carefully read this TOU and the Privacy Policy as they govern your use of the UserWeb and limit Epic's liability.** Other UserWeb-Connected Sites may have additional terms and conditions for use posted on those sites. To the extent specific terms for a UserWeb-Connected Site conflict with this TOU, the more specific terms will control for your use of that UserWeb-Connected Site. Your use of the UserWeb or any UserWeb-Connected Site constitutes acceptance of the TOU. References in the TOU to “UserWeb” shall be understood to mean, collectively, the UserWeb and all UserWeb-Connected Sites.

## Terms of Use

1. **Service Account Creation and Use of the UserWeb.** To create your UserWeb account (referred to as a "Service Account"), you must provide certain personal information, which you agree will be current, accurate, and not misleading. You agree not to share your password or your Service Account with others. See the UserWeb Privacy Policy for more details on how your personal data is used to create your Service Account and during your use of UserWeb.

2. **Acceptable Use. You will not use the UserWeb to:**
   - Transmit or display any individually identifiable health information (except in the case of Sherlock or the Nebula Portal);
   - Post, transmit, or display any material or information that:
     - is false, disparaging, obscene, harassing, or otherwise objectionable in Epic's discretion;
     - violates or infringes the intellectual property rights of any party;
     - contains any malicious code or automated use of the UserWeb, any component that inhibits any other user's use or enjoyment of the UserWeb, or disables or disrupts the UserWeb or any equipment or software connected to the UserWeb;
     - contains misleading indications of the origin of any content transmitted to the UserWeb;
     - solicits personnel recruitment or constitutes advertising, junk mail, or any form of solicitation; or
     - promotes or commits conduct that may violate any law, regulation, or your agreements with any Epic customer, or result in liability for Epic or an Epic customer;
   - Use or attempt to use another user's account or password;
   - Collect personal data (including contact information) about other users for mass solicitation purposes; or
   - Disassemble, decompile, or reverse engineer any software that is a part of or made available via the UserWeb except to the extent such activity is expressly permitted by applicable law.

3. **Third-Party Websites.** For your convenience, the UserWeb contains certain links that will redirect you to websites operated by other organizations ("Third-Party Websites"). Your use of Third-Party Websites is strictly at your own risk and Epic does not endorse the material found on such websites.

4. **Changes to this Agreement and Rights to Change or Discontinue the UserWeb or Your Use**. Epic may change this TOU at any time by posting a subsequent version on the UserWeb. You are responsible for periodically reviewing this TOU and to discontinue your UserWeb use if you do not agree to any such changes. Your continued use of the UserWeb following such changes constitutes your acceptance of the new TOU, regardless of whether Epic notified you of the changes.

   You agree that Epic may cease providing the UserWeb or make any changes to UserWeb features and functionality at any time and without prior notice to you. You also agree that Epic may terminate your access to the UserWeb and your Service Account without prior notice to you for any reason that Epic deems appropriate. You may stop using UserWeb at any time. If at any time you want to delete your Service Account and terminate your agreement to this TOU, you may do so by emailing UserWebSupport@epic.com.

5. **Confidentiality and Intellectual Property Rights.** The information available through the UserWeb includes confidential information and trade secrets of Epic. You agree not to disclose or use such confidential information, including to large language models such as ChatGPT or chatbots, other than as permitted and appropriate in connection with your organization's proper use of licensed Epic software for its intended purpose and unless included in a protected communication related to certified health IT under the ONC Communications Rule (45 CFR 170.403). See Epic's Communications Rule policy.

   Epic owns the content and all software contained in or underlying the UserWeb. The Epic-owned content and software is protected by U.S. and international copyright law and conventions and other laws protecting intellectual property.

   If you believe that any material or information on the UserWeb is an unauthorized replication of your proprietary work or otherwise infringes your intellectual property rights, please provide Epic's Copyright Agent notice containing the following information:

   - an electronic or physical signature of the person authorized to act on behalf of the owner of the copyright or other intellectual property interest;
   - a description of the copyrighted work or other intellectual property that you claim has been infringed;
   - a description of where the material that you claim is infringing is located on the UserWeb site;
   - your address, telephone number, and email address;
   - a statement by you that you have a good faith belief that the disputed use is not authorized by the copyright or intellectual property owner, its agent, or the law;
   - a statement by you, made under penalty of perjury, that the above information in your notice is accurate and that you are the copyright or intellectual property owner or authorized to act on the copyright or intellectual property owner's behalf.

   Epic's Agent for Notice of claims of copyright or other intellectual property infringement can be reached as follows:

   - By mail: General Counsel, Epic Systems Corporation, 1979 Milky Way, Verona, WI 53593
   - By email: LegalNotices@epic.com

   Epic respects the intellectual property of others, and we ask our users of the UserWeb to do the same. Epic may at its discretion limit, disable, and/or terminate the access of any UserWeb users who may be infringing the intellectual property rights of others.

6. **Warranty Disclaimers.** Epic provides the UserWeb to you free of charge and for your convenience. THE USERWEB AND THE CONTENT, MATERIALS, AND INFORMATION AVAILABLE ON THE USERWEB ARE PROVIDED "AS IS" WITHOUT WARRANTY OF ANY KIND. EPIC DISCLAIMS ALL REPRESENTATIONS AND WARRANTIES, WHETHER EXPRESS, IMPLIED, STATUTORY, OR OTHERWISE, INCLUDING WARRANTIES OF MERCHANTIBILITY, ACCURACY, FITNESS FOR A PARTICULAR PURPOSE AND TITLE, AND ANY IMPLIED WARRANTY AGAINST INTEFERENCE WITH YOUR ENJOYMENT OR USE OF THE USERWEB OR ITS AVAILABLE CONTENT, MATERIALS, AND INFORMATION, OR AGAINST INFRINGEMENT OF THIRD-PARTY INTELLECTUAL PROPERTY RIGHTS, AND ANY IMPLIED WARRANTIES THAT THE USERWEB OR CONTENT, MATERIALS, AND INFORMATION AVAILABLE THROUGH USERWEB ARE APPROPRIATE FOR YOUR USE OR ARE FREE OF VIRUSES, WORMS, OR OTHER HARMFUL COMPONENTS. YOU WILL REVIEW, MODIFY, AND VALIDATE ANY CONTENT, MATERIALS OR INFORMATION YOU RECEIVE THROUGH USERWEB FOR APPROPRIATENESS IN YOUR ENVIRONMENT BEFORE USE. You acknowledge and agree that data and information related to UserWeb will be transferred over the internet, Epic does not control such transfer of data, use of this information will be subject to

limitations inherent in the use of the interest, and that Epic is not responsible for any delays, delivery failures, or other damage resulting from such problems.

7. **Limitation of Epic's Liability.** EXCEPT AS EXPRESSLY PROVIDED BELOW, EPIC WILL NOT BE LIABLE TO YOU FOR ANY LOSS (TANGIBLE OR INTANGIBLE) OR DAMAGES OF ANY KIND ARISING FROM OR RELATED TO EPIC'S OPERATION OF THE USERWEB OR YOUR USE OF THE USERWEB. UNDER NO CIRCUMSTANCES SHALL EPIC BE LIABLE TO YOU FOR ANY INDIRECT, INCIDENTAL, CONSEQUENTIAL, SPECIAL, PUNITIVE, OR EXEMPLARY DAMAGES, ARISING FROM OR RELATED TO EPIC'S OPERATION OF THE USERWEB OR YOUR USE OF THE USERWEB, REGARDLESS OF HOW THE DAMAGES ARE INCURRED OR THE THEORY OF LIABILITY, AND REGARDLESS OF WHETHER EPIC HAD BEEN ADVISED, KNEW, OR SHOULD HAVE KNOWN OF THE POSSIBILITY OF SUCH DAMAGES. UNDER NO CIRCUMSTANCES WILL EPIC'S TOTAL AGGREGATE LIABILITY TO YOU FOR ALL CLAIMS OF ANY KIND IN ANY WAY ARISING OUT OF EPIC'S OPERATION OF THE USERWEB OR YOUR USE OF THE USERWEB EXCEED THE AMOUNT OF FEES ACTUALLY PAID BY YOU TO EPIC SPECIFICALLY FOR USE OF USERWEB IN THE TWELVE (12) MONTHS PRECEDING THE EVENT GIVING RISE TO DAMAGES.

   Currently, Epic provides the UserWeb for free, so you understand that unless that changes and you later pay Epic for use prior to an event giving rise to direct damages, you are unable to recover from Epic even direct damages that might arise from Epic's operation of or your use of the UserWeb. The limitations on Epic's liability in this TOU apply even if the remedy available to you fails of its essential purpose or does not fully compensate you for any losses.

   If any provision in this agreement limiting Epic's potential liability is determined to be unenforceable by a court or other authority with jurisdiction to decide the matter, such determination shall not preclude the application of other, enforceable limits that would preclude or limit the same liability, and to the extent any liability against Epic might exist because of such a determination, that liability shall be capped at the lesser of: (i) $100 in total or (ii) the actual amount of the damages determined to be recoverable.

8. **Indemnification of Epic by You.** You agree to defend, indemnify, and hold Epic harmless from any third-party claims arising out of or related to your use of the UserWeb.

9. **Governing Law and Jurisdiction.** This TOU shall be governed by and construed under the laws of the State of Wisconsin, without regard to that State's conflict of laws principles. You agree that the state and federal courts located in Dane County, Wisconsin shall have exclusive jurisdiction over any claim or action under this TOU or related in any way to Epic's operation or your use of the UserWeb, and you agree to submit to the personal jurisdiction of such courts. Notwithstanding the foregoing, you agree that Epic may seek injunctive remedies (or equivalent legal relief) against you in any jurisdiction with regard to any breach by you of the terms of this TOU. The United Nations Convention on Contracts for the International Sale of Goods shall not apply to this TOU or your use of the UserWeb.

10. **Survival of Terms and Severability**. If Epic chooses to discontinue the UserWeb or your use thereof, or you choose to delete your Service Account, then this TOU and your right to use the UserWeb terminate, but Sections 5 through 11 will continue in effect after termination of this TOU. All provisions of this TOU are intended to apply to the maximum extent permitted by law. The provisions of this TOU will be considered as severable, so that the invalidity or unenforceability of any provisions will not affect the validity or enforceability of the remaining provisions, and any invalid or unenforceable provision will be enforced to the maximum extent possible.

11. **Entire Agreement.** This TOU, the UserWeb Privacy Policy, the Community Library Agreement, and other terms or policies hosted on the UserWeb-Connected Sites constitute the entire agreement between you and Epic regarding the UserWeb and supersede all prior agreements, representations or understandings respecting the UserWeb. Notwithstanding the previous sentence, if you are, or are employed by, a person or entity other than an organization that has licensed Epic's software, this agreement does not supersede any prior written agreements respecting the UserWeb (including electronic agreements), but instead supplements any such prior written agreements which continue in full force and effect (and to the extent there is a conflict between this agreement and such prior written agreement, the terms of the prior written agreement will control). Nobody, including any representative of Epic, is authorized to make any changes or modifications to the terms of this agreement other than changes that are instituted through the authorized posting of subsequent versions of this agreement on the UserWeb. You are not entitled to act or rely on any representations to the contrary. A failure by Epic to enforce any

provision of this agreement, or a waiver by Epic of any breach of this agreement, shall not act as a bar to subsequent enforcement of such provision or be deemed a waiver of any subsequent breach.

© 2026 Epic Systems Corporation All Rights Reserved
Terms of Use - Contact Epic - Privacy Policy

## Profile Information

First Name

Last Name

Job Title

NPI (if applicable)

Work Email

Work Phone

(###) ###-####

Cell Phone

+1 (###) ###-####

Credentials

MD, RN, RPh, etc.

## Employment Information

◯ Employee of an Epic Customer

I am a direct employee of an Epic customer (clinician, IT, administrator, etc.)

◯ Patient Care Provider

I am a clinician (doctor, nurse, etc.) who provides care for patients seen at an Epic customer but am not directly employed by an Epic customer and my employer does not develop software *and/or*

I am an employee of a Connect site of an Epic customer (clinician, IT, administrator, registrar, scheduler, etc.) and my employer does not develop software

◯ Third-Party Contractor

I am a third-party contractor (IT consultant, vendor, etc.) working with an Epic customer

Do not select this option if you are directly employed by an Epic customer. If you are directly employed by an Epic customer, please choose one of the options: **Employee of an Epic Customer** or **Patient Care Provider**

◯ Other

## Comments

## UserWeb Consent Agreement

By accepting these terms, you agree that Epic Systems Corporation ("Epic"), a company based in the United States of America, may control and process your UserWeb data for the purposes described in the UserWeb Privacy Policy. The types of data collected as you access the UserWeb or UserWeb-connected sites are listed in the UserWeb Privacy Policy. If you do not wish to consent to such data control and processing, please reach out to your Epic representative for assistance. You also agree that your use of the UserWeb and the information contained therein is governed by the UserWeb Terms of Use.

You are not legally or contractually obligated to provide your UserWeb data to Epic. Even if you give your consent, you may later withdraw your consent to the UserWeb Privacy Policy by emailing Epic at userwebsupport@epic.com. If you do not give your consent to use of your UserWeb data, or you withdraw your consent, or you do not consent to being governed by the UserWeb Terms of Use, you will not be able to use the UserWeb or UserWeb-connected sites.

☐ I accept these terms.

Submit

© 2026 Epic Systems Corporation All Rights Reserved
Terms of Use - Contact Epic - Privacy Policy