# EXHIBIT 3



# Boost Memo

June 13, 2025

Andrea Hull,

Congratulations on your approval to join the Boost division!

As a Boost employee, your job responsibilities, compensation package, and employee benefits will differ. We want to make sure you have all the information you need to make an informed decision regarding your transfer and have provided details below.

You can find additional information about the Boost program's structure, benefits and support in the Boost Guide Book and Redbook Addendum. If you have additional questions after reviewing this memo, please reach out to your TL or the contacts listed for the specific area/topic.

This memo is based on your proposed move to San Francisco, CA with a Boost start date of 8/4/2025. If your start date changes by 3 months or more, your compensation and/or review date may change.

Sincerely,

Rebekah Wells

Compensation & Stock

Epic BOOST

## Expectations of the role

Boost helps customers achieve strategic initiatives and organizational goals through improved use and adoption of Epic. Assignments range from application-focused to project or operational leadership roles and everything in between. To make sure we are making the most impact, these assignments are prioritized based on customer need, Epic need, and individual skillset and interest. Therefore, you may have a single customer assignment or take on multiple assignments. You should feel challenged and engaged while knowing you are doing meaningful work.

**Location:** Boost is a remote position, and you may reside and work within the contiguous 48 states. As outlined in the Redbook Addendum, if you return to the Madison area (i.e., within 45 min of the Verona campus), you will be expected to return to employment in an on-campus role.

**Duration:** Boost staff are an integral part of their customers' success and our overall commitment to our customers. Boost employees work hard to support Epic's mission and work closely with other divisions at Epic to ensure customers are successful and achieve great outcomes. In accepting a position in Boost, you are recognizing the dedication required to meet this commitment and that you will remain engaged with customers and Epic to do so. We also ask that you proceed only if you plan to do the role for 2+ years.

**Customer Commitment:** As a member of Boost, you are expected to maintain a similar workload as you did in your former role. Boost is a customer-facing role, and you should have at least 40 hours of billable customer work per week, with customer time logged every weekday. In addition to your core customer assignment(s), you may take on smaller customer-facing fractional assignments, internal projects, and/or help with other initiatives.

**Onsite:** Boost is a traveling role. The amount of travel required will depend on the project. We'll do the best we can to match you with an assignment that meets your preferences.

**Contributing back to Epic:** As a member of Boost, you are expected to stay connected to and contribute to Epic beyond your core customer assignment(s). It's a great way to feel closer to the action in Verona, share what you are learning, and push our projects, processes, and products forward. For ways to contribute beyond your core assignment, check out some ideas on the I am Boost Wiki here, or work with your Boost TL on other creative ideas that interest you. We also encourage you to remain on mailing lists, distribution lists and groups that remain relevant and of interest to you. Finally, Boost staff travel back to campus 2-3 times per year for one staff meeting and UGM and/or XGM.

## Benefits

As a Boost employee, you'll continue to receive a comprehensive benefits package including health insurance with low premiums, vacation days, holidays, sick days and more.

**Health Insurance:** If you have one of the Epic HMO plans or Aetna international plan, we will switch you to the Anthem PPO plan. If you are already on the plan, you will stay on it. Be sure to check out the summary of benefits for the PPO plan on the Out of Area Coverage wiki. If you are not enrolled in Epic health insurance, you can enroll during Open Enrollment or if you experience a Life Event.

As an employer, Boost Inc. makes the same contribution to health, dental, and other insurance plan premiums as Epic does for Verona-based staff. Since the Anthem plan is a nationwide plan, the rates may be higher than some HMO options and thus the employee contribution may be higher than your current rate. The Out of Area Coverage wiki has rate information as well as plan documents, which contain information like copay amounts and covered services.

Boost, Inc. will provide your health, dental and vision insurance so you will receive new membership cards. Make sure to update your insurance information with your providers to make sure that new claims are not denied. Contact Katie Dorner with any additional questions about Health Insurance. Reference the Benefits wiki for how to change your enrollment elections in Eureka.

**Vacation/Annual Leave**: In Boost, if you have a total tenure of at least 2 years, you will earn 15 days of paid vacation per year, accumulated monthly at the rate of 1.25 days per month. Vacation accrual starts 6 months after your first Boost assignment begins. For those previously in Boost and transferring back from another Epic role, your past tenure in Boost will count towards this 6-month accrual period. Check out the Redbook Addendum for additional details on time-off policies, accruals, and time off requests.

If you don't plan to use all your vacation time before your transfer, don't fret. Epic will pay out any accrued but unused vacation time on your final pre-transfer paycheck. Please send Payroll an email if you would like to know the amount closer to your move date.

**Sick leave:** Boost staff earn 0.5 days of sick leave per month worked. You can also carry over up to 10 days of sick leave at the end of the year. You can carry over up to 10 sick days from your pre-transfer balance, if available, when you transfer so you have an initial bank. Any extra sick leave balance above the 10 days will be set aside in case you transfer back to an on-campus role.

**Holidays:** You are eligible for 6.5 holiday days in Boost, when these days fall during an assignment and defined in the Appendix.

**Additional benefits:** See Appendix for additional benefits details.

## Stock and Appreciation Rights

Stock grants at Epic acknowledge your personal contributions to our mission and represent an opportunity to share in Epic's long-term success. When you become an owner of Epic and work closely with other owners, we create a community where each staff member can be confident that we are aligned with the long-term best interests of Epic and our customers.

Any past stock grants you received considered your role at the time, both in terms of your contributions to that point and ongoing expectations. Moving to Boost brings a new set of expectations since it is a different role and company. Therefore, staff were previously required to sell any stock they held at the time of their Boost transfer.

In recognition of the lasting impact Boost staff are making and your ongoing dedication to Epic for the next 2+ years (and hopefully many more) with accepting a move to Boost, you now have two options regarding your currently held stock:

1. You can choose to sell your stock before transferring.
2. You can keep your stock with a two-year price freeze and a two-year vesting shift for any unvested shares. This allows you to retain your stock, with a path toward full vesting, and continue to share in our success.

The Shares from Epic group has office hours on Thursdays if you have any questions or would like to review your shares and SARs.



Boost 1979 Milky Way Verona, WI 53593 608-271-9000 FAX 608-271-7237 www.epic.com

Epic BOOST

## Compensation

There are three components that make up compensation in Boost: Salary, Onsite Premium and End of Year Bonuses. Your Boost offer below is unlikely to be affected by any future compensation changes in your current role.

This transfer compensation takes your experience and performance into account, while also considering the compensation for the role you are transferring into. The transfer pay is individualized, carefully considered and isn't something we negotiate. If you feel that there are factors that were not taken into consideration, please let us know.

Your Boost salary is not tied to any specific location, so feel free to choose where you want to live (outside of Madison, within the contiguous United States).

**Salary:** Boost is a salaried position, and you will be paid a weekly salary of **$3,525** for each week you are on assignment and working. You will be paid monthly, but your pay will vary each month depending on the number of days in the month. For example, if January has 23 weekdays, you will be paid for 4.6 weeks on your January 31 paycheck. If February has 20 weekdays, you will be paid 4 weeks on your February 28 paycheck. If you take unpaid time, 1/5 of your weekly rate will be deducted for every day of unpaid time.

**Onsite Premium:** Boost is a traveling role as many Boost assignments require travel. There are many benefits to travel like getting to see new places, working closely with your customer, and interacting with end users. We also recognize the travel associated with reaching those sites can be challenging. The Onsite Premium is an additional benefit to those who spend time onsite, and you are eligible for an onsite day premium of **$60/day** for each day worked onsite. An "onsite" day for Boost matches the definition of an excursion day as described in the Boost Onsite Premium Policy & Rates document.

**End of Year (EOY) Bonus:** Boost staff are eligible for EOY bonuses. Bonuses are dependent on how well Epic and Boost are doing. Bonuses are determined by the type, quality, quantity, and complexity of your work. They also take into account your contributions back to Epic that are beyond your core customer work. Your bonus may fluctuate year-to-year based on criteria above, and you should expect it to be lower than the bonus you received in your role prior to Boost as the type of work you will be doing is different.

**Compensation:** Your compensation will vary based on the number of weeks you work and the amount you travel. As an example, if you work for 49 weeks, take three weeks of paid vacation, and are onsite for 60 days, your annual compensation would be: **(52*$3,525) + (60*$60) = $186,900 + EOY Bonus.** Therefore, your annual base compensation would be: **(52*$3,525) = $183,300**.

**3-year recognition bonus:** Once you have been in Boost for 3 years of active assignments, you are eligible for a one-time recognition bonus. Most staff can expect this bonus to be 10-15% of their initial annual salary.

**Raises:** Boost staff are reviewed for raises twice a year for the May 31 and November 30 paychecks. In general, new Boost transfers are eligible for their first increase 9-18 months after their first Boost assignment starts. Ongoing, most staff will receive a raise every 12-24 months after that. Based on the information available at the time of this memo, you may be eligible to be reviewed for a raise on the **May 2026** paycheck. If your first Boost assignment date changes significantly, or you take significant bench time before your first raise review, your first Boost raise review date may change.

**Paycheck:** You will be paid on the last day of each month for that month's work (i.e., on August 31st for August's work). For the onsite premium, reimbursement will be made one month in arrears (i.e., June's onsite days appear on the July 31 paycheck).

**Taxes:** Payroll will withhold state income taxes in the state where you live and, in any states, where you work. You should familiarize yourself with the rules in these states and make sure your withholding is appropriate for your situation. To calculate your time in your home state and your work-in state, Payroll will look at the trips in ETR for the month and allocate based on those trip dates. You'll be taxed in your work-in state for the days specified in each trip as Begin Onsite through End Onsite.

**Eureka:** After your transfer, you will have Boost as a Eureka company to choose from when you log in. After your transfer date, you should use the Boost company for any actions you take in Eureka (e.g. tax forms), and can use the Epic company to reference past information. You may receive two W-2s your first year in Boost - one for the time you were employed by Epic and the second for your time employed by Boost. You will be able to view both in Eureka once they are available.

## Accepting your transfer and next steps

**Your Next Steps:** Once you decide that Boost is the right next step for you:

1. Notify your TL.
2. Work with your TL to align your transfer date with your relocation plans. You should expect to remain in your current role until your relocation.
   **Date Considerations:** Your first day in Boost is the first weekday to occur after your last working day in your previous role. Note that your last day at Epic is a working day – not vacation, sick, or holiday time.
3. If you plan to take time off before a gig, please submit a request for Personal Day – Vacation in Guru.
4. Check out the New Member Transition Checklist for additional details and next steps.

**What to Expect:**

1. HR will send you a new employee agreement for Boost. Sign that and send it back to make things official.
2. You will be assigned a Boost TL approximately 4-8 weeks before your Boost start date.
3. Look out for an invitation to the Boost Welcome meeting 1-2 months before transfer for some extra tips and info.

## Additional Information and contacts

- Boost Guide Book - Primary program document to help you understand the Boost program. Attached to this memo is an excerpt that compares Boost benefits.
- Redbook Addendum - This addendum helps clarify policy and procedure differences between Epic and Boost, and should be read in tandem with the full Redbook. If there is no Boost philosophy, process, or procedure listed, you should assume that the Redbook applies.
- Boost Division Wiki - This wiki serves as a one-stop shop for current Boosters to find relevant documentation and resources related to the Boost role and Boost division.
- For compensation related questions, please contact John Craig or Anish Manglani.
- For tax and deduction related questions, please contact Payroll.
- For additional benefits-related questions, please contact Benefits.



Boost 1979 Milky Way Verona, WI 53593 608-271-9000 FAX 608-271-7237 www.epic.com

Epic BOOST

# Appendix: Summary of Benefits

| | |
|---|---|
| **Compensation & Stock** | |
| Compensation Model | Salary |
| Raises | Common (every 12-24 mos.) |
| End-of-Year Bonus | Eligible |
| Annual Holiday Card | Eligible |
| Epic Stock | Option to retain stock upon transfer to Boost. Eligible for new grants. |
| 401k | Up to 4.5% match |
| **Insurance** | |
| Health Insurance | Nationwide plan via Anthem. Contribution same as Verona-based staff. May have higher payroll deduction. |
| Dental and Vision Insurance | Same options as Verona-based staff |
| Flex Plan | Options for TASC Medical Flex Spending Account and/or Dependent Flex Spending Account. |
| Life Insurance | Free. 2x salary. |
| Long-Term Disability | Up to $10,000/month in coverage. $5/month employee contribution. |
| Short-Term Disability | Up to $2,000/week in coverage. Employee contribution. |
| **Time Off** | |
| Paid Vacation Time | Up to 15 days/year |
| Paid Holidays | Up to 6.5 days if they occur during an assignment – New Year's Day, Memorial Day, Independence Day, Labor Day, Thanksgiving Day, Christmas Day, and ½ day Christmas Eve. |
| Paid Sick Leave | Up to 6 days/year. Can use 18 days/year. Max carry over of 10 days and borrow 2 from future accrual. |
| Parental Leave | See The Parents Page wiki. |
| Time between assignments | Vacation and Personal days |
| **Additional Benefits** | |
| Travel Support | Epic Travel Department |
| Technology | Laptop, docking station, and CaTS support |
| Professional Dev. Fund | Eligible |
| Edvest for newborn | Eligible |
| Outstanding Student Loan Repayment | Eligible |
| **Unique to Boost** | |
| Remote Work & Flexible Locations | Ability work from home and other locations, from anywhere in the continuous 48 states. |
| Onsite Travel Premium | See here for more details. |
| Travel back to Verona | Participate in at least 2 of the following in person: UGM (+Boost retreat), XGM, and 1 Staff Meeting. |
| Technology Payment | A one-time $400 technology payment to setup your home office |
| Personal Days | No set limit on the number of personal days. Review the Boost Redbook Addendum for additional information. |
| **Unique to Verona-based Roles** | |
| Sabbatical | Not Eligible. Boost tenure counts if you return to an on-campus role. See Sabbatical wiki for more details. |
| Flex Holiday | Not Eligible. |
| Seminars and Tuition Reimbursement | Not Eligible. See wiki for more details on reimbursements that came before moving to Boost. |



Boost 1979 Milky Way Verona, WI 53593 608-271-9000 FAX 608-271-7237 www.epic.com