# EXHIBIT 10

**Norway International Assignment Agreement**

This Norway International Assignment Agreement ("International Assignment Agreement") is made by and among Epic Systems Corporation ("Epic"), EpicCorps International, Inc., ("EpicCorps") and the employee listed in the signature block of this International Assignment Agreement ("you").

**Background**

A. You, Epic, and EpicCorps are parties to an Employment Agreement governing the terms and conditions of your employment (the "Employment Agreement").

B. The parties have agreed that you will temporarily work in Norway on international assignment at Epic's wholly-owned Norwegian entity, Epic Trondheim AS ("Epic Trondheim"). While on assignment in Norway you will remain an employee of EpicCorps, though working for Epic Trondheim. Such arrangements are known as secondments. The period of time during which you are working full-time in Norway will be referred to as the "Secondment Period."

C. In connection with your secondment to Epic Trondheim, you and EpicCorps wish to document in this International Assignment Agreement certain modifications to the Employment Agreement, which will apply during the Secondment Period. Certain of the provisions in this International Assignment Agreement relate or refer to provisions found in the Employment Agreement. Please read the two documents together, so that you understand the terms of your employment before, during and after the Secondment Period.

**THE PARTIES THEREFORE AGREE AS FOLLOWS:**

1. **Modifications to Employment Agreement.** During the Secondment Period, the terms of the existing Employment Agreement will continue in full force and effect, but with the following modifications (such Employment Agreement, as modified by the terms of this section, the "Modified Employment Agreement"):

   a. All references in the Employment Agreement to either "Epic" or "EpicCorps" are deemed to include Epic Trondheim, except in the following contexts:

      1. When used for the primary or sole purpose of identifying a party to the Employment Agreement (Epic Trondheim is not a party to the Employment Agreement);

      2. When used for the primary or sole purpose of identifying your employer (Epic Trondheim is not your employer);

      3. When referring to or identifying a person holding a specific position or title in the organization as authorized to take an action as your employer or as a party to the Employment Agreement (such as, by way of non-exhaustive example, to consent to otherwise restricted employment or to amend the Employment Agreement);

4. When referring to the owner of works for hire, or the entity to which you assign or transfer rights in work product, inventions and/or works of authorship; to the extent any such work for hire ownership, or assignment or transfer of rights is conditioned on location in or use of physical facilities or computers or other property, such condition(s) are satisfied regardless of whether the physical facilities, computers or other property are owned by Epic, EpicCorps or Epic Trondheim.

b. Epic Trondheim (in addition to EpicCorps and Epic) shall have the right to enforce the Modified Employment Agreement on Epic's and/or EpicCorps' behalf.

c. Exhibit A of the Employment Agreement is hereby replaced by the modified Exhibit A attached to this International Assignment Agreement.

2. **Length of Assignment.**

a. You may be reassigned to another Epic entity other than Epic Trondheim at any time, in which case the Secondment Period will end upon the reassignment date, and your employment will continue to be subject to the Modified Employment Agreement without any additional action required by you, Epic, or EpicCorps. Upon reassignment, your salary will be adjusted as appropriate based on your subsequent work location.

b. The Secondment Period is expected to begin on 5 March 2021 and end on or around 1 July 2022. You understand that this timeline could change, and acknowledge that continuity of Norway team is important to the success of Epic Trondheim's projects and the affected customer(s). Upon EpicCorps' reasonable request, you agree to extend the Secondment Period by up to 12 months beyond the initially anticipated 16-month period. If the Secondment Period needs to be extended longer than that, you will have the option whether to agree to a further extension. At the conclusion of the Secondment Period, including any extension up to 12 months, EpicCorps will pay for your return flight and repatriation costs.

c. If your employment with EpicCorps ends, so does the international assignment, in which case the Secondment Period will end on the date your EpicCorps employment ends.

3. **Miscellaneous.**

a. By accepting this international assignment you consent to EpicCorps providing relevant information about you to Epic Trondheim in connection with the assignment, and to Epic Trondheim processing any data relating to you (expressly including any "sensitive personal data") for legal, personnel, administrative and management purposes.

b. Since Epic Trondheim will act as a sponsor in respect of the secondment and you require immigration permission to work in Norway, you agree to provide whatever documentation Epic Trondheim may require to obtain (and subsequently establish as necessary) your visa status and permission to work in Norway. You also agree to notify without delay both EpicCorps and Epic Trondheim of (i) any changes to your Norwegian address and phone number(s); (ii) any change in circumstances that may affect your right to work on secondment for Epic Trondheim or to live in Norway; and (iii) any changes to your immigration status.

c. If you have been participating in Epic's or EpicCorps' Tax Equalization Program (e.g., in connection with fly-in fly-out work for an Epic Group customer), any tax equalization benefit you receive will cover only time periods prior to your relocation; following the relocation, your responsibility for taxes will be in accordance with information (such as tax estimates and illustrations) provided to you in connection with relocating/moving to Norway.

d. Except as otherwise expressly provided in this International Assignment Agreement, all terms and conditions in the Employment Agreement will remain in effect.

e. In the event that terms of this International Assignment Agreement are inconsistent with those in the Modified Employment Agreement, the terms of this International Assignment Agreement will supersede those of the Modified Employment Agreement, but only to the extent necessary to satisfy the purposes of this International Assignment Agreement.

f. If any provision of this International Assignment Agreement is found to be invalid or unenforceable as written, the provision will be construed, to the extent possible, so as to render it enforceable, and if it cannot be so construed, its invalidity or unenforceability will not affect the validity or enforceability of any other provisions of this International Assignment Agreement.

g. This International Assignment Agreement will be effective as of the date of your signature below.

**EMPLOYEE**

Signature: Andrea Hull

Name: Andrea Hull

Date: January 9, 2021

**EPIC SYSTEMS CORPORATION**

By: [signature]

Name: Jennifer Peterson

Title: HR

Date: 1/13/2021

**EPIC SYSTEMS CORPORATION**

By: [signature]

Name: Jennifer Peterson

Title: HR

Date: 1/13/2021

# Exhibit A

## Epic Competitors

Allscripts/Eclipsys/Misys
athenahealth
Cambio
Cerner/Siemens
Chipsoft
DXC
eClinicalWorks
GE Healthcare
IBM
InterSystems/TrakHealth
McKesson
Microsoft (healthcare area)
Meditech/LSS
Orion Health
QSI/NextGen
SAP
Tieto

This list includes not only the competitors listed above, but also their parent companies and affiliates. Affiliates are companies that are partially or wholly owned by the above companies (subsidiaries), joint ventures involving these companies, companies resulting from a merger involving or with these companies, and companies that gain control of the above companies through the purchase of stock or assets. A company is considered to be an affiliate of a competitor whether the transaction creating the affiliate is pending or completed.