# EXHIBIT 11

**Annex 1**

**Direct Competitors of Epic**

This Agreement only applies to the healthcare software and services activities at these companies.

Altera Digital Health/Veradigm/Allscripts
Amazon/Amazon Web Services
Apple
athenahealth/Virence/GE Healthcare
Cedar
Cognizant
eClinicalWorks
Google/Alphabet
Health Catalyst
InterSystems (TrakCare)
MEDITECH
Microsoft
Moxe
NextGen Healthcare
Oracle/Cerner
Phreesia
Redox
Salesforce
Veeva Systems

If you have worked outside the United States for Epic or any of its affiliated companies at any time during the prior 12 months (with the exception of short-term work supporting a go-live), the list also includes the following:

Cambio
CGI/Logica
Chipsoft
Dedalus
EMIS
Philips Healthcare
SAP (health or wellness activities)
System C
Telstra Health
Tieto
TPP/SystmOne

Epic may update this list from time to time. Please contact EmploymentAgreements@Epic.com for the most up-to-date list.

**Annex 2**

**Epic Consultants and Cooperative Partners**

Consultants or Cooperative Partners are (i) any organization that has entered into a "Rev Cyclers", "Workshop", or similar cooperative agreement with Epic or its affiliates, and (ii) the following organizations:

Abridge
Accenture
Cardamom Health
Chartis
Deloitte
Ellit Groups
Ensemble
Evergreen
Genesys
Huron
IBM/Kyndryl
Impact Advisors
Nordic Consulting
Notable
Nuance Communications
Omega Healthcare
Optimum Healthcare IT
Optum/Change Healthcare
Palantir
Pivot Point Consulting
Press Ganey
PwC
Qualtrics
R1
Savista
TalkDesk
Tech Mahindra
Tegria

This Agreement only applies to the healthcare software and services activities at the specific Consultant and/or Cooperative Partner and others in the same corporate group such as subsidiaries, joint ventures, and pending mergers and acquisitions.

Epic may update this list from time to time. Please contact EmploymentAgreements@Epic.com for the most up-to-date list.