# EXHIBIT 12

**Email from Riley Wojner (Epic Benefits) to Andrea Hull, March 10, 2026, transmitting departure documents**

**From:** Riley Wojner [REDACTED]
**Date:** Tue, Mar 10, 2026 at 6:07 AM
**Subject:** Your departure information
**To:** [REDACTED]

Hello Andrea,

Attached to this email you will find information related to your departure from Epic. Please take the time to read through all of the documents.

**Here are your action items:**

- Read through the attachments.
- Complete this Form to acknowledge your understanding of the information and let us know if you have questions. (Note: Chrome or a smart phone work best)
  - Indicate your questions within the form and a member of HR will be in touch.
- Please send back any Epic equipment you have assigned to you, such as a laptop, MiFi, and keycard. You can ship them through UPS or FedEx. You may use the Epic account numbers in lieu of paying out of pocket (UPS: E53034, FedEx: 1071-9212-3). If you need assistance in shipping your equipment, please contact Cody Bauer.

Epic Systems Corporation
Attn: Daniel Kersten – CATS
1979 Milky Way
Verona, WI 53593

**An explanation of the attached forms are as follows:**

- Departure Letter
  - This letter outlines the benefits you are currently enrolled in and documents a loss of coverage pertaining to your last day on 09-Mar-2026. If you are asked to show proof of loss of coverage, this is the document you should use.
- Departure FAQ
  - Frequently asked questions, including information regarding your Employment Agreement, continued access to Eureka, and more.
- 401k - Participation Notice
- Departure COBRA Letter
  - Important information about your right to continue your healthcare coverage, as well as other coverage options that may be available to you, including the Health Insurance Marketplace.
- COBRA Election Form
  - If you plan to continue your healthcare coverage through COBRA, please fill out and return this form to Epic, c/o Payroll

Best,
Riley

Riley Wojner
Benefits | [REDACTED]

*Attachments (as listed on the message):* 12390_Departure Letter View [Primary].pdf; 12390_Departure COBRA Letter Epic.pdf; 401k - Participation Notice and Automated Pre-Approved Withdrawls.pdf; DepartureFAQs.pdf; COBRA Election Form - Anthem Boost.pdf

*Text rendition of the March 10, 2026 message. Redacted: individual email addresses and an individual direct telephone number; the transmission by which Ms. Hull forwarded the message to counsel (attorney-client communication). The "Form" hyperlink is not reproduced. Of the five attachments, the Departure Letter and Departure FAQ are reproduced in this exhibit; the benefits forms are not.*

Epic

[REDACTED]

Dear Andrea Hull,

As a result of your departure from Epic Systems Corporation effective 09-Mar-2026, I am writing to inform you of the following effects on your benefits. Any benefits that you are currently enrolled in will lapse on 31-Mar-2026.

The following benefits are COBRA eligible. For those in which you are enrolled, a notice of your COBRA rights is included in this email. The notice outlines your rights to continue coverage beyond 31-Mar-2026.

- [REDACTED]
- [REDACTED]

The following benefits are not COBRA eligible. Coverage under these plans also terminates as of the above date.

- [REDACTED]
- [REDACTED]
- [REDACTED]
- [REDACTED]
- [REDACTED]

[REDACTED]

401k: If you have a balance in the 401(k) plan, you have options to cash out or rollover your 401(k). If applicable, see the attached FAQ for specifics.

Stock or SARs: Please consult your Departure Memo or Departure FAQ for details regarding sale of any shares of Epic Stock or Stock Appreciation Rights.

Vacation: If you provided minimum notice per the Redbook guidelines, any accrued but unused vacation may be paid out. Please see the Departure FAQs for vacation payout timelines. If you have questions about your vacation payout, please reach out to your TL.

Your final paycheck will be administered in the same manner as it has been, e.g. direct deposit.

We wish you success in your future endeavors.

Sincerely,

Beth Henry

Beth Henry
Epic Human Resources - Benefits
Benefits@epic.com

# Frequently Asked Questions

## Employment Agreements – Key Information for You

Please read any employment agreements thoroughly. There is some key information in the agreement(s) – waiting period before working for listed competitors, consultants, and any Epic customers, not recruiting Epic employees, returning and not using or disclosing confidential information (including patient information and intellectual property), Epic's ownership of work product that you created while employed by Epic, etc. - that is important for you to review and understand.

Keep in mind that customers and consultants likely have agreements with Epic in regards to hiring as well, and that stock agreements or other agreements may include clauses that modify some of these terms.

If you have any questions regarding your employment agreement or if you are applying with a customer or consultant, check with Jennifer Peterson ([REDACTED]), Kristi Cherney ([REDACTED]) or Chris Cisler ([REDACTED]) in HR. You can also call them at 608-271-9000. If you would like to request a list of the Consultants and Cooperative Partners, please contact the Consultant Relations team (consultantinquiries@epic.com).

In addition, please remember that any written material or documentation regarding Epic software, programs, techniques, methodologies, procedures, policies, source code, listings, customer lists, financial information, and related information related to the foregoing, including, training material, sales material, manuals, and checklists needs to be returned to Epic on or prior to your last day and/or deleted from any personal device or e-mail. Any work-related information or materials you have obtained during your time at Epic, including email, must be removed from your non-Epic owned devices upon departure.

## Viewing Your Agreements in Eureka

You will be able to view your employment agreement in Eureka.

- Eureka > Menu > My Info > Documents
- Stock agreements are available via DocuSign. If you need them uploaded to Eureka, please email stockownership@epic.com.

## Intellectual Property

These confidentiality and intellectual property obligations mean that, for example, you should leave all documents from Epic's UserWeb as well as any code and product designs or plans that you may have, whether you created them or not, at Epic. You should not take any of those things with you and you may not use those things at your next job.

Similarly, these obligations extend to information about our customers and, for example, you must treat any information about our customers' hardware or software configurations, financial information, or business plans as confidential and not use it or disclose it to anyone at your next job. If you have any questions about whether you are free to use information or ideas you developed here, you should contact Martha Snyder at [REDACTED].

## COBRA Instructions

***Payroll: COBRA@epic.com; 608-271-9000***

**Enrollment instructions:** Please return the Election Form to Epic by the end of the 60 day grace period if you wish to enroll in COBRA.
**Payments due:** Your first payment is due 45 days after you submit the election form, include all months. This may include up to 3 months payment. After the first payment, your monthly payments are due on the first of each month. You do have a 30 day grace period for late payments. You will not receive bills from Epic. When you want to discontinue your coverage, simply stop paying.
**Plan coverage:** Your current coverage will be terminated at the end of the month in which your employment ended and then reinstated retroactively once we receive the COBRA election form and your payment.
**Payment Instructions:** Checks made payable to 'Epic' and be sent to: Epic, Attn: Payroll, 1979 Milky Way, Verona, WI 53593. For additional FAQ on COBRA, please refer your COBRA packet.

## 401(k) Participant Distribution Notice

Please refer to the 401k - Participation Notice and Automated Pre-Approved Withdrawls for additional information on your 401(k) and for instructions on how to cash out or rollover your 401(k), if applicable. Below is a brief summary of your options:

- Leave at Fidelity – Must have a balance of $1,000 or greater to do so. If you do not have a balance of $1,000, you will need to consider doing a cash out or rollover.
- Cash out - Taxes and/or penalties may apply. *
- Rollover - Into another 401(k) account - either with a new employer or into an individual IRA with a new custodian or Fidelity Investments. *

*Please wait 7-10 business days after your final paycheck before submitting a rollover or cash out request.

If you have questions about your 401(k), please contact Fidelity at 800-890-4015 or log into your account at www.401k.com.

## Eureka Access

You'll continue to have access to Eureka (https://n22.ultipro.com) even after your last day. Here are a few things you may want to be aware of:

### Login with 2-factor Authentication

You will continue to log in using your Eureka user ID and password. After entering your username and password you'll be prompted to enter a code that will be sent to an email address or phone number. The email address and phone number that can receive the code must be listed in your Eureka record. If you need assistance logging in or need your account reactivated, contact eurekasupport@epic.com.

### Viewing your final pay stub & Updating your contact information

Your final paycheck will come during the usual pay cycle. You will still be able to access Eureka to view your final pay stub and update your contact information.

### W-2 & 1095-C Forms

***Payroll: 2payroll@epic.com; 608-271-9000***

Elect to receive your W2 & 1095-C forms electronically on Eureka. If you do not elect to receive them electronically, they will be mailed to you by the end of January of the following calendar year.

- W-2: Menu > My Info > Pay > W-2. Click Change W-2 Consent Form (on the right side of the screen)
- 1095-C: Menu > My Info > Benefits > 10956-C Change W-2 Consent Form (on the right side of the screen)

## Cafeteria Purchases

If you are departing after the 15th of the month, please be aware that there may be cafeteria/food purchases you made from the 16th of the month through your departure date that are not able to be deducted from your final paycheck. You will receive an email about one month after your departure letting you know how much you owe Epic and where to send your check.

## Vacation Payout

***Payroll: 2payroll@epic.com; 608-271-9000***

If your last day is prior to the 23rd of the month any vacation owed to you is added to your final paycheck. If you're leaving on the 23rd of the month or after, you will receive this via direct deposit on the 10th of the following month.

## SARS Payout or Stock Payout

***Shares from Epic: StockOwnership@epic.com; 608-271-9000***

If you have shares of stock or Stock Appreciation Rights (SARs) that are eligible to sell back to Epic, payment is made to the account(s) you have on file in Eureka for direct deposit, generally within a month or two of your departure date. If your departure occurs during the redemption blackout period (January through March), the sale will be completed following the announcement of the new stock price.

Epic will initiate the stock payment process automatically. Stock payments are made without any reductions for taxes. You will receive a 1099-B tax form from Epic outlining the transaction details and you will need that form for completing your annual tax return. If you have any exercisable SARs, you must fill out the request form in the "Leaving Epic" section of the SARs wiki to start the process. If you do not make your SARs request within 90 days after your departure, you forfeit any unexercised SARs. SARs payments will have taxes withheld and will be reported on your W-2 for the year.

If your departure occurs during the redemption blackout period of January through March when the new stock price is announced, we will complete your transaction in March or April of that year.

Keep in mind that customers and consultants likely have agreements with Epic in regard to hiring as well, and that stock agreements may include clauses that modify some of these terms.

## Applying for Unemployment Insurance

***Business Name and Address:*** *Epic Systems Corporation – 1979 Milky Way – Verona WI 53593*

You may file an unemployment claim in the first week that your employment stops or your work hours are reduced. Advising you that you may file does not mean that you will or are eligible to receive unemployment benefits. See digital poster for when and how to apply for unemployment benefits (En Español | Txhais lus Hmoob) (https://dwd.wi.gov/eworkboard).

## Reimbursement for Trips, Miscellaneous Expenses

***Accounting: 2accttreasury@epic.com; 608-271-9000***

Any outstanding reimbursements will come to you however they normally do. If you have direct deposit set up for reimbursements, they will continue to come that way. If you normally get a check in your IOM mailbox, the check will be mailed to your home address.