REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED (Civil L.R. 79-5) - Exhibit 13 withheld in full

# EXHIBIT 13

EXHIBIT 13

FILED UNDER SEAL

Subject of Plaintiff's Administrative Motion to File Under Seal (Civil L.R. 7-11, 79-5). The unredacted exhibit has been lodged with the Court.