# EXHIBIT 14

**Email from Jennifer Peterson (Epic HR) to Andrea Hull, October 1, 2026**

**From:** Jennifer Peterson [REDACTED]
**Date:** October 1, 2026 at 7:17:37 AM PDT
**To:** [REDACTED]
**Subject:** Additional information

Hi Andrea,

The purpose of this email is to communicate that Epic and its subsidiaries (including Boost), hereby waive any restriction on you becoming employed by any Epic customer in California, by virtue of any no-hire, waiting period, or other provisions in any license agreement between Epic and such customers. If you seek employment with any such customer, you may share a copy of this email with them. If they seek UserWeb access for you, we will not deny access on the grounds of any of these waived restrictions. If they have any questions about this, please direct them to me.

To be clear, this waiver of restrictions is in addition to emails Epic sent on September 30, 2025 and July 31, 2026, voiding any noncompete provisions that you had in any agreements with Epic or any of its subsidiaries (including Boost), including any restriction on employment with Epic customers, while you live in California.

Jen

*Text rendition of the native message, which is available for authentication. Redacted: individual email addresses (the sender's and Ms. Hull's personal address); the transmission by which the message reached counsel (attorney-client communication).*