CHRIS BAKER, State Bar No. 181557
cbaker@bakerlp.com
DEBORAH SCHWARTZ, State Bar No. 208934
dschwartz@bakerlp.com
BAKER DOLINKO & SCHWARTZ, P.C.
220 Montgomery Street, Suite 1094
San Francisco, CA 94104
Telephone: (415) 810-9486

Attorneys for Plaintiff
ANDREA HULL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANDREA HULL, an individual,

Plaintiff,

v.

EPIC SYSTEMS CORPORATION, a Wisconsin corporation; BOOST, INC., a Wisconsin corporation,

Defendants.

Case No. 4:26-cv-07702-AMO

**DECLARATION OF ANDREA HULL IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

Re: Motion for Preliminary Injunction (hearing January 7, 2027, 2:00 p.m.)
Judge: Hon. Araceli Martínez-Olguín

Action Filed: July 24, 2026
Trial Date: None set

**DECLARATION OF ANDREA HULL**

I, Andrea Hull, declare:

1. I am the plaintiff in this action. I have personal knowledge of the facts stated in this declaration and could testify to them.

2. I have been employed by Abbott Diabetes Care ("Abbott") in Alameda, California since March 23, 2026. As explained in the declaration filed in support of my motion for a preliminary injunction, I have lost career opportunities as a result of Epic's employment

restraints. Because of these restraints, I have not been able to perform the job Abbott hired me to do. Also because of these restraints, I have limited employment opportunities. Disclosure of the information I ask to be sealed could result in further damage to my career and, particularly, my position at Abbott.

3. Paragraphs 56 and 58 of my declaration in support of my motion for a preliminary injunction, Exhibit 13 to it, describe the private employment-related information, the disclosure of which, as should be self-evident, could cause considerable and ongoing harm to my career and my current Abbott employment. I understand the related provisions in the memorandum of points and authorities are likewise being redacted.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 4__, 2026.

Signed by:
Andrea Hull
1282A625D944420...
Andrea Hull