CHRIS BAKER, State Bar No. 181557
cbaker@bakerlp.com
DEBORAH SCHWARTZ, State Bar No. 208934
dschwartz@bakerlp.com
BAKER DOLINKO & SCHWARTZ, P.C.
220 Montgomery Street, Suite 1094
San Francisco, CA 94104
Telephone: (415) 810-9486

Attorneys for Plaintiff
ANDREA HULL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA HULL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>EPIC SYSTEMS CORPORATION, a Wisconsin corporation; BOOST, INC., a Wisconsin corporation,<br><br>Defendants. | Case No. 4:26-cv-07702-AMO<br><br>**DECLARATION OF CHRIS BAKER IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL (Civil L.R. 7-11(a))**<br><br>Re: Motion for Preliminary Injunction (hearing January 7, 2027, 2:00 p.m.)<br>Judge: Hon. Araceli Martínez-Olguín<br><br>Action Filed: July 24, 2026<br>Trial Date: None set |

## DECLARATION OF CHRIS BAKER

I, Chris Baker, declare:

1. I am counsel of record and lead trial counsel for Plaintiff Andrea Hull. I have personal knowledge of the facts stated in this declaration and could testify to them.

2. Filed with the administrative motion, provisionally under seal under Civil L.R. 79-5(b), are unredacted versions of (a) the Declaration of Andrea Hull in Support of Motion for

Preliminary Injunction, with the Part X heading and paragraphs 56–58 (page 15, line 5 through page 16, line 4) highlighted, and Exhibit 13, which is sealed in full; and (b) the Memorandum of Points and Authorities in Support of Motion for Preliminary Injunction, with page ii, line 17; page 2, lines 15–17; and page 12, lines 23–28 highlighted. Each bears the words "FILED UNDER SEAL" on its first page. Civil L.R. 79-5(e)(2). Redacted versions of the same two documents are filed on the public docket, with a slip sheet in place of Exhibit 13. No other portion of any of them is sought to be sealed.

3. On October 1, 2026, at the parties' Rule 26 conference, I asked Epic's counsel whether Epic would stipulate to a motion to seal parts of Plaintiff's upcoming motion for a preliminary injunction. Epic deferred taking a position until after it reviewed Plaintiff's motions.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 3, 2026, at San Francisco, California.

Chris Baker