CHRIS BAKER, State Bar No. 181557
cbaker@bakerlp.com
DEBORAH SCHWARTZ, State Bar No. 208934
dschwartz@bakerlp.com
BAKER DOLINKO & SCHWARTZ, P.C.
220 Montgomery Street, Suite 1094
San Francisco, CA 94104
Telephone: (415) 810-9486

Attorneys for Plaintiff
ANDREA HULL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ANDREA HULL, an individual,

Plaintiff,

v.

EPIC SYSTEMS CORPORATION, a Wisconsin corporation; BOOST, INC., a Wisconsin corporation,

Defendants.

Case No. 4:26-cv-07702-AMO

**CERTIFICATION OF LEAD TRIAL COUNSEL REGARDING ARTIFICIAL INTELLIGENCE PURSUANT TO SECTION H.4 OF THE COURT'S CIVIL STANDING ORDER**

Filed concurrently with: First Amended Complaint; Supplemental Certification of Conflicts, Interested Entities and Persons, and Citizenship

Judge: Hon. Araceli Martínez-Olguín

Pursuant to Section H.4 of the Court's Standing Order for Civil Cases Before District Judge Araceli Martínez-Olguín (revised August 26, 2026), I, Chris Baker, lead trial counsel for Plaintiff Andrea Hull, certify as follows:

1. Each of the following documents, filed by Plaintiff on October 4, 2026, contains content generated with the assistance of artificial intelligence tools:

(a) First Amended Complaint for Injunctive and Declaratory Relief and Civil Penalties, with Exhibit A (redline against the Complaint, ECF No. 1);

(b) Supplemental Certification of Conflicts, Interested Entities and Persons, and Citizenship by Plaintiff Andrea Hull; and

(c) This Certification of Lead Trial Counsel Regarding Artificial Intelligence Pursuant to Section H.4 of the Court's Civil Standing Order.

2. As lead trial counsel, I have personally verified the accuracy of that content.

3. Counsel is maintaining records of prompts and inquiries submitted to generative artificial intelligence tools in connection with this matter.

Dated: October 4, 2026

BAKER DOLINKO & SCHWARTZ, P.C.

By: ______________________________

Chris Baker
Lead Trial Counsel for Plaintiff
ANDREA HULL