CHRIS BAKER, State Bar No. 181557
cbaker@bakerlp.com
DEBORAH SCHWARTZ, State Bar No. 208934
dschwartz@bakerlp.com
BAKER DOLINKO & SCHWARTZ, P.C.
220 Montgomery Street, Suite 1094
San Francisco, CA 94104
Telephone: (415) 810-9486

Attorneys for Plaintiff
ANDREA HULL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ANDREA HULL, an individual,

Plaintiff,

v.

EPIC SYSTEMS CORPORATION, a Wisconsin corporation; BOOST, INC., a Wisconsin corporation,

Defendants.

Case No. 4:26-cv-07702-AMO

**CERTIFICATION OF LEAD TRIAL COUNSEL REGARDING ARTIFICIAL INTELLIGENCE PURSUANT TO SECTION H.4 OF THE COURT'S CIVIL STANDING ORDER**

Filed concurrently with: Motion for Preliminary Injunction; Administrative Motion to File Under Seal
Judge: Hon. Araceli Martínez-Olguín

Pursuant to Section H.4 of the Court's Standing Order for Civil Cases Before District Judge Araceli Martínez-Olguín (revised August 26, 2026), I, Chris Baker, lead trial counsel for Plaintiff Andrea Hull, certify as follows:

1. Each of the following documents, filed by Plaintiff on October 4, 2026, contains content generated with the assistance of artificial intelligence tools:

(a) Plaintiff Andrea Hull's Notice of Motion and Motion for Preliminary Injunction;

(b) Plaintiff Andrea Hull's Memorandum of Points and Authorities in Support of Motion for Preliminary Injunction (redacted public version and unredacted version filed under seal);

(c) Declaration of Andrea Hull in Support of Plaintiff's Motion for Preliminary Injunction, with exhibits (redacted public version and unredacted version filed under seal);

(d) Declaration of Chris Baker in Support of Plaintiff's Motion for Preliminary Injunction, with exhibits;

(e) Plaintiff Andrea Hull's Administrative Motion to File Under Seal Portions of the Memorandum in Support of Her Motion for Preliminary Injunction and the Declaration of Andrea Hull;

(f) Declaration of Andrea Hull in Support of Administrative Motion to File Under Seal;

(g) Declaration of Chris Baker in Support of Administrative Motion to File Under Seal;

(h) [Proposed] Order Granting Plaintiff's Administrative Motion to File Under Seal; and

(i) This Certification of Lead Trial Counsel Regarding Artificial Intelligence Pursuant to Section H.4 of the Court's Civil Standing Order.

2. As lead trial counsel, I have personally verified the accuracy of that content.

3. Counsel is maintaining records of prompts and inquiries submitted to generative artificial intelligence tools in connection with this matter.

Dated: October 4, 2026

BAKER DOLINKO & SCHWARTZ, P.C.

By: [signature]

Chris Baker
Lead Trial Counsel for Plaintiff
ANDREA HULL