MICHAEL BEST & FRIEDRICH LLP
David Szwarcsztejn, Cal. Bar No. 272371
david.szwarcsztejn@michaelbest.com
11812 San Vicente Blvd., Suite 380
Los Angeles, CA 90049
Telephone: 424.299.8900
Facsimile: 877.398.5240

Attorneys for Defendants
EPIC SYSTEMS CORPORATION and BOOST, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA HULL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>EPIC SYSTEMS CORPORATION, a Wisconsin corporation; BOOST, INC., a Wisconsin corporation,<br><br>Defendants. | Case No. 4:26-cv-07702-AMO<br><br>**JOINT STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND TO SET BRIEFING SCHEDULES ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND DEFENDANT'S FORTHCOMING MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS**<br><br>Trial Date: None set<br>Action Filed: July 24, 2026 |

Defendants Epic Systems Corporation and Boost, Inc. (together, "Epic") and Plaintiff Andrea Hull ("Plaintiff"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS,

(1) Plaintiff filed this action on July 24, 2026 (Dkt. 1).

(2) On October 4, 2026, Plaintiff filed a First Amended Complaint and her Motion for Preliminary Injunction (Dkt. 15-18), noticed for hearing on January 7, 2027.

(3) Under Civil L.R. 7-3(a), Epic's opposition to Plaintiff's Motion for Preliminary Injunction is currently due October 19, 2026.

(4) Epic intends to file a Motion to Compel Arbitration and Stay Proceedings on or before October 30, 2026, the last day to file its responsive pleading.

(5) Counsel for Plaintiff and Epic have met and conferred regarding the briefing schedules for Plaintiff's Motion for Preliminary Injunction and Epic's forthcoming Motion to Compel Arbitration and Stay Proceedings.

(6) Plaintiff and Epic agree to the following briefing schedule for Plaintiff's Motion for Preliminary Injunction:

(a) Last day for Epic to file its opposition: November 6, 2026

(b) Last day for Plaintiff to file her reply: December 6, 2026

(7) Plaintiff and Epic agree to the following briefing schedule for Epic's forthcoming Motion to Compel Arbitration and Stay Proceedings based on Plaintiff's understanding that Epic's motion will be heard on or after February 4, 2027. If the Court sets a hearing date prior to February 4, 2027, the parties will meet and confer concerning whether the below referenced dates should be altered, taking into the account each counsel's workload and the holidays:

(a) Last day for Plaintiff to file her opposition: 7 weeks before the hearing date

(b) Last day for Epic to file its reply: 4 weeks before the hearing date

(8) Good cause exists to grant the requested extension(s) and briefing schedule(s) because they will permit counsel to adequately assess and brief the issues. Given the January 7, 2027 hearing date on Plaintiff's Motion for Preliminary Injunction, the above briefing schedule will not prejudice any party or affect the hearing. Likewise, the above briefing schedule will not prejudice any party or the Court as all timeframes are no shorter than those otherwise provided for under the Local Rules and this Court's Civil Standing Order.

NOW THEREFORE, the Parties stipulate and agree, and request the Court enter an Order, as follows:

1. The opposition and reply briefing schedule on Plaintiff's Motion for Preliminary Injunction (Dkt. 15-18) shall be:
    a. Last day for Epic to file its opposition: November 6, 2026
    b. Last day for Plaintiff to file her reply: December 6, 2026
2. The opposition and reply briefing schedule on Epic's Motion to Compel Arbitration and Stay Proceedings, which shall be filed no later than October 30, 2026, shall be:
    a. Last day for Plaintiff to file her opposition: 7 weeks before the hearing date
    b. Last day for Epic to file its reply: 4 weeks before the hearing date

This Stipulation is made without prejudice to any party's rights, claims, or defenses.

Dated: October 15, 2026

MICHAEL BEST & FRIEDRICH LLP

By: /s/ David Szwarcsztejn
David Szwarcsztejn (State Bar No. 272371)

*Attorneys for* Defendants
EPIC SYSTEMS CORPORATION and BOOST, INC.

BAKER DOLINKO & SCHWARTZ, P.C.

Dated: October 15, 2026

By: /s/ Chris Baker
Chris Baker (State Bar No. 181557)
Deborah Schwartz (State Bar No. 208934)

*Attorneys for Plaintiff* ANDREA HULL

Pursuant to Civil L.R. 5-1(i)(3), the filer attests that he has obtained the concurrence of all other signatories to this document.