MICHAEL BEST & FRIEDRICH LLP
David Szwarcsztejn, Cal. Bar No. 272371
david.szwarcsztejn@michaelbest.com
11812 San Vicente Blvd., Suite 380
Los Angeles, CA 90049
Telephone: 424.299.8900
Facsimile: 877.398.5240

Attorneys for Defendants
EPIC SYSTEMS CORPORATION and
BOOST, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA HULL,<br><br>Plaintiff,<br><br>v.<br><br>EPIC SYSTEMS CORPORATION and BOOST, INC.,<br><br>Defendants. | Case No. 4:26-cv-07702-AMO<br><br>**DEFENDANTS' NOTICE OF OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing Date: January 7, 2027<br>Hearing Time: 2:00 p.m.<br>Courtroom: 5, 2nd Floor<br><br>Judge: Honorable Araceli Martínez-Olguín |

**TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:**

Defendants Epic Systems Corporation and Boost, Inc. (together, "Epic") respectfully submit the following statement concerning their opposition to Plaintiff Andrea Hull's Motion for Preliminary Injunction (the "Motion") (Dkt. 15):

The Court has not yet ruled upon the parties' stipulated briefing schedule on the pending Motion, scheduled for hearing on January 7, 2027. Out of an abundance of caution, Epic hereby advises the court that it opposes the Motion and shall provide a complete response on or before November 6, 2026 consistent with the parties' stipulation.

Dated: October 19, 2026

**MICHAEL BEST & FRIEDRICH LLP**
Attorneys for Defendants

By: /s/ David Szwarcsztejn
David Szwarcsztejn