MICHAEL BEST & FRIEDRICH LLP
David Szwarcsztejn, Cal. Bar No. 272371
david.szwarcsztejn@michaelbest.com
11812 San Vicente Blvd., Suite 380
Los Angeles, CA 90049
Telephone: 424.299.8900
Facsimile: 877.398.5240

Attorneys for Defendants
EPIC SYSTEMS CORPORATION and
BOOST, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANDREA HULL,

Plaintiff,

v.

EPIC SYSTEMS CORPORATION and BOOST, INC.,

Defendants.

Case No. 4:26-cv-07702-AMO

**DEFENDANTS' NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS**

Hearing Date: January 7, 2027
Hearing Time: 2:00 p.m.
Courtroom: 5

Judge: Honorable Araceli Martínez-Olguín

**TO PLAINTIFF, HER ATTORNEYS OF RECORD, AND THE COURT:**

PLEASE TAKE NOTICE that on January 7, 2027, at 2:00 p.m. or as soon thereafter as this matter may be heard by the Honorable Araceli Martínez-Olguín in Courtroom 5 of the above-entitled Court, located at 1301 Clay Street, Oakland, CA 94612, Defendants Epic Systems Corporation ("Epic") and Boost, Inc. ("Boost") (together, "Defendants") will and hereby do move for an order compelling Plaintiff Andrea Hull ("Plaintiff") to submit her claims to arbitration on an individual basis as required by the Parties' Mutual Arbitration Agreement, including her individual PAGA claims. Additionally, Defendants seek an order staying the remainder of the action, including specifically, the representative PAGA claims.

Defendants make this Motion pursuant to the Federal Arbitration Act (9 U.S.C. §§ 2-4) (the "FAA"), *Viking River Cruises, Inc. v. Moriana*, 596 U.S. 639 (2022), and *Adolph v. Uber Technologies, Inc.*, 14 Cal. 5th 1104 (2023), to enforce the Arbitration Agreement between the Parties. The Arbitration Agreement requires Plaintiff to submit her claims in this action against Defendants to binding arbitration. It also includes an enforceable class action waiver that requires her to arbitrate such claims on an individual basis. *See Epic Sys. Corp. v. Lewis*, 584 U.S. 497, 502, 524–25 (2018). Accordingly, Defendants request an order that Plaintiff submit her claims to individual arbitration, including her individual PAGA claims, and stay the remainder of these proceedings pending completion of the arbitration.

This Motion will be based on this Notice of Motion and the accompanying Memorandum of Points and Authorities; the Declaration of Jennifer Peterson and Request for Judicial Notice filed together with this Motion; all papers and pleadings filed in this action; and such oral and documentary evidence as may be presented at the hearing.

Dated: October 30, 2026

**MICHAEL BEST & FRIEDRICH LLP**

By: /s/David Szwarcsztejn
David Szwarcsztejn

Attorneys for Defendants
EPIC SYSTEMS CORPORATION and
BOOST, INC.