MICHAEL BEST & FRIEDRICH LLP
David Szwarcsztejn, Cal. Bar No. 272371
david.szwarcsztejn@michaelbest.com
11812 San Vicente Blvd., Suite 380
Los Angeles, CA 90049
Telephone: 424.299.8900
Facsimile: 877.398.5240

Attorneys for Defendants
EPIC SYSTEMS CORPORATION and
BOOST, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA HULL,<br><br>Plaintiff,<br><br>v.<br><br>EPIC SYSTEMS CORPORATION and BOOST, INC.,<br><br>Defendants. | Case No. 4:26-cv-07702-AMO<br><br>**DECLARATION OF JENNIFER PETERSON IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL ARBITRATION**<br><br>Hearing Date: January 7, 2027<br>Hearing Time: 2:00 p.m.<br>Courtroom: 5<br><br>Judge: Honorable Araceli Martínez-Olguín |

I, Jennifer Peterson, declare as follows:

1. I have been employed by Epic Systems Corporation ("Epic") for more than 20 years, in Human Resources. I also perform duties for Epic's subsidiaries, including Boost, Inc. ("Boost") (together, Epic and Boost are referred to herein as "Defendants"). I make this declaration based upon my personal knowledge and my review of Defendants' business records.

2. In the course and scope of my position, I have access to Defendants' business records which are maintained in the regular course of business. I have specifically reviewed Defendants' business records relating to Hull's employment with Epic and Boost in making this declaration.

3. In the course and scope of my position, I am familiar with the nature of Epic's business and its relationship with its related and affiliated companies. Epic and Boost are privately held Wisconsin corporations headquartered in Verona, Wisconsin. Epic is a healthcare software company that develops and licenses proprietary electronic health records software used by hospitals, health systems, medical groups, retail clinics, and others throughout the United States, including all 50 states, and around the world. Boost is a wholly owned subsidiary of Epic offering consulting services on Epic's software to customers throughout the United States. Boost employees are assigned to Epic's customers, for work at those customers' locations throughout the United States.

4. Plaintiff Andrea Hull ("Hull") was employed by Epic or one of its subsidiaries, including Boost, from October 6, 2014, through March 9, 2026. For the first 3.4 years of her employment, she was employed by and performed services for Epic at Epic's headquarters in Verona, Wisconsin. In the course of her employment for Epic, she also traveled to a number of different states to work with Epic's customers. She transferred to Boost in April 2018, where she worked in Colorado. She then worked for Epic through its subsidiary, EpicCorps International, Inc., in February 2021, where first, she worked in Norway and then in Bristol, England. She was working from the Bristol office from October 2022 until her transfer back to Boost on June 30, 2025.

5. In anticipation of and as a condition of her transfer to Boost, Hull executed a Mutual Arbitration Agreement ("Arbitration Agreement") with Epic. A true and accurate copy of the Mutual Arbitration Agreement signed by Hull via Docusign on June 19, 2025, is attached hereto as Exhibit A.

Docusign Envelope ID: AE5D3604-2076-89CD-816D-A1F322087C1E



I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: October 29, 2026

DocuSigned by:

By: Jennifer Peterson

202A3FA97DFE483...

Jennifer Peterson