MICHAEL BEST & FRIEDRICH LLP
David Szwarcsztejn, Cal. Bar No. 272371
david.szwarcsztejn@michaelbest.com
11812 San Vicente Blvd., Suite 380
Los Angeles, CA 90049
Telephone: 424.299.8900
Facsimile: 877.398.5240

Attorneys for Defendants
EPIC SYSTEMS CORPORATION and
BOOST, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANDREA HULL,

Plaintiff,

v.

EPIC SYSTEMS CORPORATION and BOOST, INC.,

Defendants.

Case No. 4:26-cv-07702-AMO

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS**

Hearing Date: January 7, 2027
Hearing Time: 2:00 p.m.
Courtroom: 5

Judge: Honorable Araceli Martínez-Olguín

**[PROPOSED] ORDER**

The Motion to Compel Arbitration and Stay Proceedings brought by Defendants Epic Systems Corporation ("Epic") and Boost, Inc. ("Boost") (collectively, "Defendants") came on for hearing on [January 7, 2027 / __________]. Appearances were stated on the record.

After considering the pleadings in this action, the motion and papers filed in support thereof, the opposition papers and filed in support thereof, argument of counsel, and all such matters as are properly before the Court, FOR GOOD CAUSE SHOWN, THE COURT HEREBY GRANTS Defendants' Motion and issues the following order:

Plaintiff Andrea Hull shall submit to final and binding arbitration on an individual basis all claims she asserts in this action on her own behalf, including her individual PAGA claim, pursuant to the terms of the Mutual Arbitration Agreement to which she agreed.

All other claims and proceedings, including specifically the representative PAGA claims in this action, are hereby stayed pending completion of the arbitration.

The Court further GRANTS Defendants' Request for Judicial Notice accompanying the Motion. Exhibit 1 is properly subject to judicial notice because it "can be accurately and readily determined from sources whose accuracy cannot be reasonably be questioned." Fed. R. Evid. 201(b); *Vargas v. Delivery Outsourcing, LLC*, 2016 WL 946112 (N.D. Cal. Mar. 14, 2016) (taking judicial notice of AAA's arbitration rules because it "can be accurately and readily determined from sources whose accuracy cannot be reasonably be questioned").

**IT IS SO ORDERED.**

Dated: ____________________, 2026

______________________________
The Hon. Araceli Martínez-Olguín
United States District Judge