# Exhibit A

**From:** Vanessa Lory <Vanessa@epic.com>
**Sent:** Friday, July 31, 2026 2:31 PM
**Subject:** RE: Notification - Employment Agreement Provision

Following up on the below email, we wanted to provide a clarification in case it was not previously clear. The referenced noncompete provisions that are (and remain) void and non-applicable while you live or lived in California include any provisions in agreements you may have with any of Epic's subsidiary companies, including Epic Nexus, Inc., EpicCorps International, Inc., Garden Plot, LLC, Boost, Inc., Epic Hosting, LLC, and each of Epic's international subsidiaries. This was always Epic's intention, and we wanted to make sure we were clear on that. In addition, any provision establishing Wisconsin law as the law governing your Employment Agreement(s) with Epic or any subsidiary company will not apply while you live or lived in California.

Vanessa Lory *(she/her)* | **Epic** | (608) 271-9000

---

**From:** Vanessa Lory
**Sent:** Tuesday, September 30, 2025 12:12 PM
**Subject:** Notification - Employment Agreement Provision

*Bcc new California residents/soon-to-be residents*

Congratulations on your move! When you joined Epic, you entered into an employment agreement which restricts you from working for certain companies for a defined period of time. A similar provision is also in our employee stock agreements. Because of California Assembly Bill 1076, these noncompete provisions are void and will not apply to you as long as you live in California. The rest of the provisions continue to apply. If you have questions, please reach out to the Employment Agreements group.

Thanks!
Vanessa Lory *(she/her)* | **Epic** | (608) 271-9000