# Exhibit B

From: Jordan Corning <jcorning@epic.com>
Sent: Monday, September 14, 2026, 11:35 AM
To: "Kim, Joanna" <joanna.kim@abbott.com>
Cc: "barbara.johnson1@abbott.com" <barbara.johnson1@abbott.com>; "elango.nathan@abbott.com" <elango.nathan@abbott.com>
Subject: ADC Employee Andrea Hull

---

Hi Joanna,

I suspect the below message/topic is outside your area of ownership, but please pass along to the relevant folks at Abbott. I'm also copying Elango Nathan and Barbara Johnson, who I understand were involved in the initial UserWeb request for Andrea.

Epic does not object to UserWeb access for Andrea Hull in the scope of her employment with Abbott Diabetes Care. If you would still like Andrea to have UserWeb access, please resubmit that request and we will process it. Additionally, we are waiving any potential restrictions on Andrea's employment with Abbott under Subsection 17(i) of the License and Support Agreement between Epic and Abbott. Please let me know if you have any questions.

Thanks,

Jordan

Jordan Corning I ***Epic*** I Legal I ☎608-271-9000